| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Ellis-Monro, Barbara J. | 2. Court or Organization<br><br>U.S. Bankruptcy Court, Northern District of Georgia | 3. Date of Report<br><br>05/01/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge - active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>75 Ted Turner Drive., SW, Rm. 1430<br>Atlanta, GA 30303 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1984 | Sears Holding Pension Plan fka Kmart Pension Plan** |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Turner Services, Inc. salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis-Monro, Barbara J. | 05/01/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis-Monro, Barbara J. | 05/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Associated Credit Union Accounts | A | Int./Div. | M | T | | | | | |
| 2. Northwestern Mutual Whole Life | C | Dividend | M | T | | | | | |
| 3. Path 2 College 529 Plan - TIAA CREF Balanced Option | B | Dividend | K | T | | | | | |
| 4. Brokerage Account #1 - Northwestern Mutual account (H) | | | | | | | | | |
| 5. American Funds Inc Fnd of Amr A | B | Dividend | K | T | | | | | |
| 6. Brokerage Money Market** | A | Interest | J | T | | | | | |
| 7. New Perspective Fund - A | B | Dividend | K | T | | | | | |
| 8. The Bond Fund of Amercia - A | A | Interest | J | T | | | | | |
| 9. The Growth Fund of America - A | B | Dividend | K | T | | | | | |
| 10. The Investment Company of America - A | B | Dividend | K | T | | | | | |
| 11. Washington Mutual Investors Fund - A | B | Dividend | K | T | | | | | |
| 12. IRA #1 - Northwestern Mutual (H) | | | | | | | | | |
| 13. Brokerage Money Market ** | | None | J | T | | | | | |
| 14. New Perspective Fund - A | A | Dividend | J | T | | | | | |
| 15. The Growth Fund of America - A | B | Dividend | K | T | | | | | |
| 16. The Investment Company of Amercia - A | B | Dividend | K | T | | | | | |
| 17. Washington Mutual Investors Fund - A | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis-Monro, Barbara J. | 05/01/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA #2 Northwestern Mutual IRA (H) | | | | | | | | | |
| 19. American Funds Inc Fnd of Amr A | A | Dividend | K | T | | | | | |
| 20. Brokerage Money Market** | A | Interest | J | T | | | | | |
| 21. New Perspective Fund -A | A | Dividend | J | T | | | | | |
| 22. The Bond Fund of America - A | A | Interest | J | T | | | | | |
| 23. The Investment Co. of America - A | B | Dividend | K | T | | | | | |
| 24. Washington Mutual Investors Fund - A | B | Dividend | K | T | | | | | |
| 25. The Growth Fund of America - A | B | Dividend | K | T | | | | | |
| 26. Time Warner Savings 401(k) (H) | A | Dividend | O | T | | | | | |
| 27. - International Eq A Investment Trust | | None | K | T | | | | | |
| 28. -T. Rowe Price Large Cap Core Growth | | None | M | T | | | | | |
| 29. -DFA Emrg Mkt Core Equity | A | Dividend | K | T | | | | | |
| 30. - Fidelity Large Cap Value Fund | | None | M | T | | | | | |
| 31. -Fidelity Bond Index | | None | M | T | | | | | |
| 32. -Fidelity Int'l Index | | None | K | T | | | | | |
| 33. -Fidelity S&P 500 Index | | None | K | T | | | | | |
| 34. -Fidelity Small Cap Index | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis-Monro, Barbara J. | 05/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. US Treasury Bonds | A | Interest | J | T | | | | | |
| 36. Guardian LIfe Ins. Co. of America whole life | D | Dividend | M | T | | | | | |
| 37. Sears Holding Pension Plan** | | None | | | Distributed | 11/20/17 | J | | |
| 38. Vangaurd IRA (H) | | | | | | | | | |
| 39. -Vanguard Federal Money Market Fund | A | Dividend | J | T | Buy | 12/04/17 | J | | |
| 40. Vanguard SEP IRA (H) | | | | | | | | | |
| 41. -Vanguard 500 Index Fund Admiral Shares | A | Dividend | K | T | | | | | |
| 42. -Vanguard Total Int'l Stock Index Fund Investors Shares | A | Dividend | | | Sold | 11/02/17 | J | | |
| 43. -Vanguard Total Int'l Index Fund Admiral Shares | A | Dividend | J | T | Buy | 11/02/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

II. Agreements:

Line 1: The plan offered a limited time opportunity to receive a distribution of holdings which option was exercised and all funds in this plan were rolled over into an IRA at Vangard in December, 2017.

VII. Investments and Trusts:

Line 6: The funds in this money market account totalling $19.16 are the result of small balance residuals from the brokerage account managed by NW. As there was a question last year about the failure of this account to accrue interest, I have reviewed all records again and also confirmed with NW that no interest accured on this account during the period 2012-2016. In 2017, interest in the amount of $.04 accrued on the account.

Line 13: The funds in this money market account totalling $11.26 are the result of small balance residuals from the IRA account managed by NW. This account is also used to pay the annual IRA maintenance fee of $50 charged by NW through liquidation of $50 in holdings. As there was a question last year about the failure of this account to accrue interest, I have reviewed all records again and also confirmed with NW that no interest accured on this account during the period 2012-2017.

Line 20: The funds in this money market account totalling $17.35 are the result of small balance residuals from the IRA account managed by NW. This account is also used to pay the annual IRA maintenance fee of $50 charged by NW through liquidation of $50 in holdings. As there was a question last year about the failure of this account to accrue interest, I have reviewed all records again and also confirmed with NW that no interest accured on this account during the period 2012-2016. In 2017, the interest earned on this account totalled $.01.

Line 37: The funds in the Sears Pension Plan were rolled over into an IRA at Vanguard which is reported at line 38.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Barbara J. Ellis-Monro**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544